# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| In re:  WALLACE CLAIBORNE BELL SR  ZELENE BATTLE BELL | Chapter 13  Case No.: 05-73278-FJS |
| Debtors | |

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| WORLDWIDE ASSET PURCHASING LLC  C/O WORLDWIDE ASSET MANAGEMENT  PO BOX 672047  MARIETTA, GA 30006 | $2,300.23 |

Date: October 15, 2010

/s/ Michael P. Cotter

Michael P. Cotter  
Chapter 13 Standing Trustee  
870 Greenbrier Circle, Suite 402  
Chesapeake, VA  23320  
(757) 961-3000